# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-2702

Joshua Jay Blaine

Appellant

v.

United States of America

Appellee

___

Appeal from U.S. District Court for the District of South Dakota - Sioux Falls
(4:17-cv-04138-KES)

___

**MANDATE**

In accordance with the judgment of 11/26/2019, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

February 04, 2020

Clerk, U.S. Court of Appeals, Eighth Circuit